IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR251 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERTO MIRANDA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court after counsel failed to appear for a hearing scheduled before this Court on Friday, February 17, 2006, at 10:30 a.m.

IT IS ORDERED that counsel shall appear on:

**Tuesday, November 21, 2006, at 9:30 a.m.**

to show cause why he should not be held in contempt of Court for failure to comply with the order of the Court.

DATED this 17th day of November, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court