IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR251 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERTO MIRANDA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

After conference with counsel, the Court finds that no action should be taken on the order to show cause (Filing No. 25). Accordingly,

IT IS SO ORDERED.

DATED this 21st day of November, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court